IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | No. 1:22MJ \0\ |
| ) | |
| LINDSEY BLOUGH, ) | |
| ) | Court Date: May 2, 2022 |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION

Count I (Misdemeanor E1403459)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 20, 2022, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, LINDSEY BLOUGH, did unlawfully operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-266(ii))

Count II (Misdemeanor DWI)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 20, 2022, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, LINDSEY BLOUGH, did unlawfully operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams per 210 liters of breath as indicated by a chemical test, to wit: did have a blood alcohol concentration of .15.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-266(i))

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____

Brandon Gaskew
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: brandon.gaskew@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022, a true and correct copy of the Criminal Information was mailed to the defendant at:

Lindsey Blough
4009 Sulgrave Dr
Alexandria, VA 22309

By: /s/

Brandon Gaskew
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: brandon.gaskew@usdoj.gov